UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY J. LOPEZ and JUSTICE A. HERNANDEZ, *individually and as the parent and next friend of A.J.L. and A.L., minors*,

      Plaintiffs,

v.

RAHUL RANA; ROYAL K TRUCKING INC.; UNITED SPECIALTY INSURANCE; and DOES 1 to 5,

      Defendants.

Cause No. 1:24-cv-01154-JMR-KRS

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT UNITED SPECIALTY INSURANCE COMPANY

THIS MATTER is before the Court upon the filing by Defendant United Specialty Insurance Company ("United Specialty") of a Motion to Dismiss (Doc. 11) and then an Amended Motion to Dismiss (Doc. 13). Although United Specialty's motions to dismiss do not state whether they are opposed, the Court was informed by email that the parties jointly agreed to the dismissal of United Specialty as a defendant in the case. Accordingly, pursuant to the parties' joint stipulation, the Court ORDERS that all claims in this action against Defendant United Specialty Insurance Company are hereby DISMISSED WITHOUT PREJUDICE.

      IT IS SO ORDERED this 2nd day of April, 2025.

                                          _____
                                          KEVIN R. SWEAZEA
                                          UNITED STATES MAGISTRATE JUDGE

Submitted by:

**PRIEST & MILLER, LLP**

*/s/ Darci A. Carroll*
Ada B. Priest
Darci A. Carroll
6100 Uptown Blvd, Suite 620
Albuquerque, NM 87110
505-349-2300
Ada@PriestMillerLaw.com
Darci@PriestMillerLaw.com
*Attorneys for Royal K Trucking, Inc. and United Specialty Insurance Company*

**BUCHANAN LAW FIRM, LLC**

*Electronically approved 03/24/2025*
Deena L. Buchanan
Salim A. Khayoumi
5345 Wyoming Blvd NE, Suite 202
Albuquerque, NM  87109
(505) 900-3559
deena@dbuchananlaw.com
salim@dbuchananlaw.com

and

**DUKE CITY LAW LLC**
Eric Guerrero, Esq.
8100 Wyoming Blvd NE, Ste M4-104
Albuquerque, NM 87113
505-545-8896
Eric@DukeCityLaw.com

*Attorneys for Plaintiffs*