## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANTHONY J. LOPEZ, and JUSTICE A.
HERNANDEZ, *individually and as the Parent*
*And Next Friend of A.J.L. and A.L., Minors*,

      Plaintiffs,

v.                                                                     No. 1:24-cv-1154-MIS-KRS

RAHUL RANA; ROYAL K. TRUCKING, INC.;
and DOES 1 to 5,

      Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND
## PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

      At the Rule 16 scheduling conference held on August 13, 2025, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

      IT IS SO ORDERED this 13th day of August, 2025.

                                                          */s/ Kevin Sweazea*
                                                          KEVIN R. SWEAZEA
                                                         UNITED STATES MAGISTRATE JUDGE