IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY J. LOPEZ and JUSTICE A.
HERNANDEZ, *individually and as the Parent
and Next Friend of* A.J.L. *and* A.L., *Minors*,

    Plaintiffs,

v.                                         Cause No. 1:24-cv-01154-MIS-KRS

RAHUL RANA; and ROYAL K TRUCKING
INC.,

    Defendants.

### ORDER RE: [56] OPPOSED MOTION TO WITHDRAW AS COUNSEL

THIS MATTER is before the Court on the Motion to Withdraw As Counsel (**Doc. 56**), filed by Priest & Miller,, LLP (Ada B. Priest and Darci A. Carroll), attorneys for Defendant Royal K Trucking, Inc., and Plaintiffs' Opposition To Defendant Royal K Trucking, Inc.'s Motion To Withdraw As Counsel (**Doc. 57**).

The Court will conduct a telephonic hearing on the Motion and Plaintiffs' Opposition on **March 4, 2026 at 11:00 a.m.** The parties are directed to call Judge Sweazea's WebEx teleconference line at **(855) 244-8681**, and enter Meeting Number **2300 989 9447#**, to be connected to the proceedings.

The Court notes that Royal K Trucking, Inc., is a corporation, and as such, must appear in these proceedings through counsel. Accordingly, if the Court were to grant the Motion, Royal K Trucking will be required to retain substitute counsel, and failure to do so could result in a default judgment or other sanctions being imposed. *See* D.N.M. LR-Civ. 83.8(c).

The Motion does not indicate whether Royal K. Trucking has been informed of its Counsels' Motion and, if so, whether it consents to or opposes the Motion. *See* D.N.M. LR-Civ.

83.8(a), (b). Nor does the Motion provide any contact information for Royal K Trucking, *see* D.N.M. LR-Civ. 83.8(a), or indicate whether the Motion was served on Royal K Trucking, s*ee* D.N.M. LR-Civ. 83.8(b) (requiring service on "the client"). Accordingly, Counsel for Royal K Trucking, Inc. are directed to serve copies of the Motion (Doc. 56), Plaintiffs' Opposition (Doc. 57), and this Order on Royal K. Trucking, Inc. at its business address and home address of the client representative with whom Counsel have dealt in the past, and to file proof of service on the docket on or before **February 11, 2026**.

Royal K Trucking may either secure substitute counsel to appear at the March 4, 2026 hearing on its behalf, or it may appear through a corporate representative to inform the Court of its position prior to the Court ruling on the Motion. If Royal K Trucking wishes to submit a written response to the Motion, it may do so any time prior to the hearing by tendering its written response to its current Counsel, who will file it on the docket on its behalf.

Finally, moving Counsel should be prepared to address at the March 4, 2026 hearing whether it is the intent of Royal K Trucking's insurer, United Specialty Insurance, to abandon defense of the case, and if so, whether it intends to tender policy limits into the court registry upon Counsels' withdrawal.

IT IS SO ORDERED this 28th day of January, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE